IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RANDALL DANE WOODRUFF, JR., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action No.** |
| | : | **7:04-CV-96 (HL)** |
| CHIEF JUDGE ARTHUR MCLANE , | : | |
| et al., | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

Plaintiff filed a document entitled "Motion to Set Aside . . ." (Doc. # 136) requesting various forms of relief. If Plaintiff desires to obtain transcripts, he must contact Court Reporter Sally Gray, via telephone at (478) 742-2332 or via mail at United States District Court, Middle District of Georgia, Attention Sally Gray, P.O. Box 128, Macon, Georgia 31202. Because Ms. Gray is not a member of this Court's chambers staff, a telephone call from Plaintiff to her will not violate any order of this Court.

Also, the Court reemphasizes that Plaintiff does not now need – nor has he ever needed – this Court's permission to file appeals from this Court's orders. This Court does not control the Eleventh Circuit's appellate jurisdiction. To the extent, however, that Plaintiff's motion can be construed as seeking an interlocutory appeal under 28 U.S.C.A. § 1292(b) (West 1993), the request is denied. The Court is of the opinion that its previous orders do not involve controlling questions of law as to which there is substantial ground for difference of opinion and that an

immediate appeal from the orders may materially advance the ultimate termination of the litigation.

Further, if Plaintiff desires information regarding alleged ex parte communications between Defendants and the Court, Plaintiff shall direct his inquiries to Defendants during the course of discovery.

Finally, as to any other concerns Plaintiff may have, the April 7 Order speaks for itself and needs no further elaboration.  All other requested relief is denied.

So ordered, this the 22nd day of April, 2005.

　　　　　　　　　　　　　　　/s/ Hugh Lawson
　　　　　　　　　　　　　　**HUGH LAWSON**, Judge